*E-filed 7/17/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BANKER INSURANCE COMPANY, | Case No. C06-01791 HRL |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S AND DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY** |
| v. | |
| JERRY MUELLER dba MUELLER CONCRETE, and DOES 1-50, inclusive, | |
| Defendants. | Re: Docket Nos. 10 and 11 |

On July 14, 2006, plaintiff and defendant submitted requests to appear telephonically at the case management conference set for July 18, 2006 at 1:30 p.m. in Courtroom 2. These requests were untimely and are DENIED. See Civil Local Rules 16-10(a) and 1-5(c), and Federal Rule of Civil Procedure 6(a).

**IT IS SO ORDERED.**

Dated: 7/17/06

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1  THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WILL BE ELECTRONICALLY
2  MAILED TO:

3  Jeffrey Stuart Kaplan  jkaplan@gaglionedolan.com, elizabeth@gaglionedolan.com

4  Nina M. Patane  npatane@pglawfirm.com, pkimball@pglawfirm.com

5  **Counsel are responsible for transmitting this order to co-counsel who have not signed up
6  for e-filing.**

7

8  Dated: July 17, 2006                           JMM
9                                                 Chambers of Magistrate Judge Howard R. Lloyd

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28