*E-filed 3/16/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BANKER INSURANCE COMPANY, | Case No. C06-01791 HRL |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| JERRY MUELLER dba MUELLER CONCRETE, and DOES 1-50, inclusive, | |
| Defendants. | |

Pursuant to a stipulation of the parties, this action is hereby dismissed in its entirety.

**IT IS SO ORDERED.**

Dated: 3/16/07

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WILL BE ELECTRONICALLY MAILED TO:

James K Gumberg npatane@pglawfirm.com, pkimball@pglawfirm.com

Jeffrey Stuart Kaplan jkaplan@gaglionedolan.com, elizabeth@gaglionedolan.com

Andrea C. Avila
Patene & Gumberg
Attorney-At-Law
Suite 231
4 Rossi Circle
Salinas, CA 93907

**Counsel are responsible for transmitting this order to co-counsel who have not signed up for e-filing.**

Dated:  3/16/07                              JMM
                                      Chambers of Magistrate Judge Howard R. Lloyd